UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHIRLEY GARNETT, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>ADT LLC, and Does 1 through 50, inclusive,<br><br>             Defendants. | RELATED CASE ORDER<br><br><br>CIV. NO. 2:14-2851 WBS DAD |
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>ADT LLC, and Does 1-100, inclusive,<br><br>             Defendants. | CIV. NO. 2:15-0383 JAM DAD |

----oo0oo----

1

1     Examination of the above-entitled actions reveals that
2 these actions are related within the meaning of Local Rule
3 123(a) because they involve the same defendant and similar
4 claims.  Accordingly, the assignment of the matters to the same
5 judge is likely to effect a substantial saving of judicial effort
6 and is also likely to be convenient for the parties.
7     The parties should be aware that relating the cases
8 under Local Rule 123 merely has the result that both actions are
9 assigned to the same judge; no consolidation of the actions is
10 effected.  Under the regular practice of this court, related
11 cases are generally assigned to the judge to whom the first filed
12 action was assigned.
13     IT IS THEREFORE ORDERED that the actions denominated
14 Shirley Garnett v. ADT LLC, Civ. No. 2:14-2851 WBS DAD, and
15 Richard Castillo v. ADT LLC, Civ. No. 15-383 JAM DAD, be, and the
16 same hereby are, deemed related and the case denominated Richard
17 Castillo v. ADT LLC, Civ. No. 15-383 JAM DAD, shall be assigned
18 to Senior District Judge William B. Shubb and Chief Magistrate
19 Judge Dale A. Drozd.  Henceforth, the caption on documents filed
20 in that case shall be shown as Richard Castillo v. ADT LLC, Civ.
21 No. 15-383 WBS DAD.
22     IT IS FURTHER ORDERED that the Clerk of the Court make
23 appropriate adjustment in the assignment of civil cases to
24 compensate for this assignment.
25 Dated:  February 18, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2