LINDA CLAXTON (SBN 125729)
linda.claxton@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213.239.9800
Facsimile:     213.239.9045

CHRISTOPHER M. AHEARN (SBN 239089)
chris.ahearn@ogletreedeakins.com
RACHEL J. MOROSKI (SBN 286805)
rachel.moroski@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
ADT LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHIRLEY GARNETT, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADT LLC, and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-02851 WBS-DAD<br><br>**ORDER RE DEFENDANT'S REQUEST TO SEAL**<br><br><br><br>Complaint Filed: October 1, 2014<br>Trial Date:　　　July 26, 2016 |

Case No. 2:14-cv-02851-WBS-DAD

[PROPOSED] ORDER RE DEFENDANT'S REQUEST TO SEAL

1 | Having read and considered the papers submitted in support of Defendant ADT LLC's
2 | request to seal documents, any opposition filed thereto, and the applicable papers and pleadings on
3 | file in this matter, the Court finds compelling reasons to have Exhibits "5" and "15" to the
4 | Transcript of the Deposition of Shirley Garnett, attached as Exhibit "A" to the Declaration of
5 | Christopher M. Ahearn in Support of Defendant ADT LLC's Motion For Partial Summary
6 | Judgment.

7 | Based on the foregoing, Defendant's request to seal documents is GRANTED. The Clerk of
8 | the Court is directed to file under seal Exhibits "5" and "15" to the Transcript of the Deposition of
9 | Shirley Garnett, attached as Exhibit "A" to the Declaration of Christopher M. Ahearn in Support of
10 | Defendant ADT LLC's Motion For Partial Summary Judgment. Only the parties' counsel of record
11 | and the Court and its staff shall have access to the document.

12 | **IT IS SO ORDERED.**

13 | Dated: September 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE