1  WORKMAN LAW FIRM, PC
2  Robin G. Workman (Bar #145810)
   robin@workmanlawpc.com
3  Aviva N. Roller (Bar #245415)
   aviva@workmanlawpc.com
4  177 Post Street, Suite 900
   San Francisco, CA 94108
5  Telephone:  (415) 782-3660
   Facsimile:  (415) 788-1028

6  *Attorneys for Plaintiff, Shirley Garnett on
7  behalf of herself and all other similarly situated*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY GARNETT, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>ADT, LLC and Does 1 through 50, inclusive,<br><br>           Defendants. | No.   2:14-cv-02851-WBS- AC (TEMP)<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST TO SEAL**<br><br>[San Joaquin County Superior Court Case No. 39-2014-00316739-CU-OE-STK] |

There being no opposition filed thereto, having read and considered the papers submitted in support of Plaintiff Shirley Garnett's request to seal documents, and the applicable papers and pleadings on file in this matter, the Court finds compelling reasons to seal certain Excel spreadsheets produced by Defendant, Bates Numbered as ADT001326.1, ADT001326.2, ADT001326.3, ADT001328 and ADT001329 and attached as Exhibits H & O-R to the Declaration of Robin G. Workman filed in support of Plaintiff's Motion for Class Certification.

Based on the foregoing, Plaintiff's request to seal the above-enumerated documents indefinitely is GRANTED.  The Clerk of the Court is directed to file under seal Exhibits H & O-R to the Declaration of Robin G. Workman filed in support of Plaintiff's Motion for Class

1  Certification.  If any interested party or third-party wishes to inspect those exhibits or have them
2  unsealed, such party shall file a written motion served on all parties to this action.  In the
3  meantime, only the parties' counsel of record and the Court and its staff shall have access to those
4  documents.
5      **IT IS SO ORDERED.**
6      **Dated:  November 24, 2015**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE