1  LINDA CLAXTON (SBN 125729)
   linda.claxton@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
3  Los Angeles, CA  90071
   Telephone:    213.239.9800
4  Facsimile:    213.239.9045

5  CHRISTOPHER M. AHEARN (SBN 239089)
   chris.ahearn@ogletreedeakins.com
6  RACHEL J. MOROSKI (SBN 286805)
   rachel.moroski@ogletreedeakins.com
7  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
8  One Market Plaza
   San Francisco, CA  94105
9  Telephone:    415.442.4810
   Facsimile:    415.442.4870
10
   Attorneys for Defendant
11 ADT LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SHIRLEY GARNETT, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>ADT LLC, and Does 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:14-cv-02851 WBS-DAD<br><br>**ERRATA TO DEFENDANT ADT LLC'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO INCREASE THE DEFAULT NUMBER OF DEPOSITIONS**<br><br><br>Complaint Filed:  October 1, 2014<br>Trial Date:          September 7, 2016 |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD**:

Defendant ADT LLC respectfully submits this Errata to its *Ex Parte* Application, filed on November 23, 2015 (the "Application"):

The Application, in the Notice section, at 2:24-27, stated:

- Janice Giampolo – Subpoena issued for deposition on November 24, 2015 at 10:30 a.m. in Costa Mesa, California – Plaintiff's counsel has confirmed that Ms. Giampolo was served, and the parties have stipulated that her deposition will proceed on November 24, 2015 at 12:00 p.m. at the noticed location;

Such item should have stated:

- Janice Giampolo – Subpoena issued for deposition on November 24, 2015 at 10:30 a.m. in Costa Mesa, California – Plaintiff's counsel has confirmed that Ms. Giampolo was served, and the parties have stipulated that her deposition will proceed on November 25, 2015 at 12:00 p.m. at the noticed location;

The Application, at 7:26-8:2, stated:

- Janice Giampolo – Subpoena issued for deposition on November 24, 2015 at 10:30 a.m. in Costa Mesa, California – Plaintiff's counsel has confirmed that Ms. Giampolo was served, and the parties have stipulated that her deposition will proceed on November 24, 2015 at 12:00 p.m. at the noticed location;

Such item should have stated:

- Janice Giampolo – Subpoena issued for deposition on November 24, 2015 at 10:30 a.m. in Costa Mesa, California – Plaintiff's counsel has confirmed that Ms. Giampolo was served, and the parties have stipulated that her deposition will proceed on November 25, 2015 at 12:00 p.m. at the noticed location;

DATED:  November 24, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ *Rachel J. Moroski*
Linda Claxton
Christopher M. Ahearn
Rachel J. Moroski
Attorneys for Defendant
ADT LLC

1    Case No. 2:14-cv-02851-WBS-DAD

ERRATA TO DEFENDANT ADT LLC'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO INCREASE THE DEFAULT NUMBER OF DEPOSITIONS