1  LINDA CLAXTON (SBN 125729)
   linda.claxton@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
3  Los Angeles, CA  90071
   Telephone:    213.239.9800
4  Facsimile:    213.239.9045

5  CHRISTOPHER M. AHEARN (SBN 239089)
   chris.ahearn@ogletreedeakins.com
6  RACHEL J. MOROSKI (SBN 286805)
   rachel.moroski@ogletreedeakins.com
7  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
8  One Market Plaza
   San Francisco, CA  94105
9  Telephone:    415.442.4810
   Facsimile:    415.442.4870
10
   Attorneys for Defendant
11 ADT LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SHIRLEY GARNETT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADT LLC, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02851 WBS-AC<br><br>**[~~PROPOSED~~] ORDER RE DEFENDANT'S REQUEST TO SEAL**<br><br><br><br>Complaint Filed:  October 1, 2014<br>Trial Date:          July 26, 2016 |

Having read and considered the papers submitted in support of Defendant ADT LLC's request to seal documents, there being no opposition filed thereto, and the applicable papers and pleadings on file in this matter, the Court finds compelling reasons to have Exhibit "15" to the Transcript of the Deposition of Shirley Garnett, attached as Exhibit "A" to the Declaration of Christopher M. Ahearn in Support of Defendant ADT LLC's Opposition to Plaintiff Shirley Garnett's Motion For Class Certification.

Based on the foregoing, Defendant's request to seal documents is GRANTED. The Clerk of the Court is directed to file under seal Exhibit "15" to the Transcript of the Deposition of Shirley Garnett, attached as Exhibit "A" to the Declaration of Christopher M. Ahearn in Support of Defendant ADT LLC's Opposition to Plaintiff's Motion for Class Certification. Only the parties' counsel of record and the Court and its staff shall have access to the document. If any interested party or third party wishes to have this Order reconsidered, they may file written motion for reconsideration with notice to all parties.

**IT IS SO ORDERED.**

**Dated:  December 2, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE