1  WORKMAN LAW FIRM, PC
   Robin G. Workman (Bar #145810)
2  robin@workmanlawpc.com
   177 Post Street, Suite 900
3  San Francisco, CA 94108
   Telephone:  (415) 782-3660
4  Facsimile:  (415) 788-1028

5  *Attorneys for Plaintiff, Shirley Garnett on
   behalf of herself and all other similarly situated*
6

7  LINDA CLAXTON (SBN 125729)
   linda.claxton@ogletreedeakins.com
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
9  Los Angeles, CA  90071
   Telephone:    213.239.9800
10 Facsimile:    213.239.9045

11
   Attorneys for Defendant
12 ADT LLC

13
                    **UNITED STATES DISTRICT COURT**
14
                    **EASTERN DISTRICT OF CALIFORNIA**
15
                         **SACRAMENTO DIVISION**
16

17 | SHIRELY GARNETT, on behalf of herself and all others similarly situated, | Case No. 2:14-cv-02851-WBS-AC (TEMP) |
|---|---|
| Plaintiff, | **JOINT STIPULATION VACATING THE MARCH 21, 2016, HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; [~~PROPOSED~~] ORDER THEREON** |
| v. | |
| ADT LLC, and Does 1 through 50, inclusive, | Complaint Filed: October 1, 2014 |
| Defendants. | Trial Date:    September 7, 2016 |

(Shirley Garnett plaintiff block — lines 17–22)

Case No. 2:14-cv-02851-WBS-DAD
JOINT STIPULATION VACATING THE MARCH 21, 2016, HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER THEREON

## JOINT STIPULATION

Plaintiff SHIRLEY GARNETT ("Plaintiff") and Defendant ADT LLC ("Defendant") (collectively, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on November 16, 2015, Plaintiff filed a Motion for Class Certification (the "Motion"), noticed for hearing on December 14, 2015;

**WHEREAS**, on December 2, 2015, this Court entered an order revising the briefing schedule and continuing the hearing on Plaintiff's Motion for Class Certification to March 21, 2016;

**WHEREAS**, the parties reached a settlement of this matter and Plaintiff filed a Motion for Preliminary Approval of the class action settlement on March 4, 2016, set for hearing on April 18, 2016;

**WHEREAS**, in view of the above, the Parties agree that the existing hearing for Plaintiff's Motion for Class Certification, currently set for March 21, 2016, should be vacated.

DATED: March 7, 2016        WORKMAN LAW FIRM, PC

By: /s/Robin G. Workman
    ROBIN G. WORKMAN

Attorneys for Plaintiff
SHIRLEY GARNETT

DATED: March 7, 2016        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Linda Claxton*
    LINDA CLAXTON
    CHRISTOPHER M. AHEARN

Attorneys for Defendant
ADT LLC

1
2
## ORDER
3
    The Court, having considered the Parties' Joint Stipulation Vacating the March 21, 2016,
4
Hearing on Plaintiff's Motion for Class Certification, and good cause appearing,
5
    IT IS HEREBY ORDERED that the March 21, 2016, hearing on Plaintiff's Motion for
6
Class Certification is hereby vacated.
7
Dated:  March 10, 2016
8
    WILLIAM B. SHUBB
9
    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28